UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

COVER SHEET FOR AMENDMENTS

Case Name: <u>Regina Cheri Parks</u>  Case No.: <u>18-51806-pjs</u>

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
    - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☐ **Statement of Financial Affairs**
- ■ **Schedules and List of Creditors:**
  - ☐ Schedule A/B
  - ☐ Schedule C  ☐ Debtor 2 Schedule C
  - ■ List of Creditors  ☐ Schedule D  ☐ Schedule E/F  and
    - ■ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required**, or
    - ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
  - ☐ Schedule G
  - ☐ Schedule H
  - ☐ Schedule I
  - ☐ Schedule J
  - ☐ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** <u>Debtor is amending mailing matrix to add creditors that were inadvertently omitted upon filing.</u>

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| Date | Signature:/s/ Yuliy Osipov (P59486) |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date | Signature:/s/ Regina Cheri Park |
| Date | |

1

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**     **PLEASE CHANGE TO:**

_____     _____
_____     _____
_____     _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**     **PLEASE CHANGE TO:**

_____     _____
_____     _____
_____     _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**     **PLEASE CHANGE TO:**

_____     _____
_____     _____
_____     _____

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:**     Capital One

**ADDRESS:**     PO Box 1050131
Atlanta, GA 30348-5131

**NAME OF CREDITOR:**     Comcast

**ADDRESS:**     PO Box 3005
Southeastern, PA 19398.3005

**NAME OF CREDITOR:**     Comerica Bank

**ADDRESS:**     PO Box 55000
Detroit, MI 48255-1908

**NAME OF CREDITOR:**     Credit One Bank

**ADDRESS:**     PO Box 98873
Las Vegas, NV 89193

**NAME OF CREDITOR:** Sprint

**ADDRESS:** PO Box 219554
Kansas City, MO 64121-9554

**NAME OF CREDITOR:** Walsh College

**ADDRESS:** 3838 Livernois
Troy, MI 48083

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

| | | |
|---|---|---|
| Capital One<br>PO Box 1050131<br>Atlanta, GA 30348-5131 | Comcast<br>PO Box 3005<br>Southeastern, PA 19398-3005 | Comerica Bank<br>P.O. Box 55000<br>Detroit, MI 48255-1908 |
| Convergent Outsourcing<br>800 SW 39th Street<br>Renton, WA 98057 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193 | DTE Energy<br>PO Box 740786<br>Cincinnati, OH 45274-0786 |
| Genesis FS Card Services<br>PO Box 23039<br>Columbus, GA 31902 | Henry Ford Health System<br>P.O. Box 553920<br>Detroit, MI 48255 | LJ Ross & Associates<br>P.O. Box 6099<br>Jackson, MI 48204 |
| Navient - Department of Education Loan<br>PO Box 740351<br>Atlanta, GA 30374-0351 | Select Portfolio Servicing, Inc.<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | Sprint<br>PO Box 219554<br>Kansas City, MO 64121-9554 |
| Verizon<br>PO Box 25505<br>Lehigh Valley, PA 18002 | Walsh College<br>3838 Livernois Rd<br>Troy, MI 48083 | |